900 So.2d 735 (2005)
Orlan HAGINS, Appellant,
v.
STATE of Florida, Appellee.
No. 4D04-3687.
District Court of Appeal of Florida, Fourth District.
April 27, 2005.
Carey Haughwout, Public Defender, and Susan D. Cline, Assistant Public Defender, West Palm Beach, for appellant.
Charles J. Crist, Jr., Attorney General, Tallahassee, and Myra J. Fried, Assistant Attorney General, West Palm Beach, for appellee.
PER CURIAM.
Affirmed. Leonard v. State, 760 So.2d 114 (Fla.2000); Maddox v. State, 760 So.2d 89 (Fla.2000); Robinson v. State, 373 So.2d 898 (Fla.1979).
POLEN, KLEIN and MAY, JJ., concur.